## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JESSE JAMES NEAL**                                                                    **PLAINTIFF**
**#AX5615**

**v.**                                        **Case No. 4:19-cv-00851-KGB-JTR**

**LINGO, Lieutenant/Jail Administrator,**
**Hot Spring County Jail**                                                              **DEFENDANT**

### ORDER

Plaintiff Jesse James Neal has submitted this 42 U.S.C. § 1983 case for filing in this district.

However, from the facts alleged and the defendant named, it appears that venue properly lies in

the Western District of Arkansas. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the

interests of justice would best be served by transferring this case to the United States District Court

for the Western District of Arkansas. 28 U.S.C. § 1406(a) ("The district court of a district in which

is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest

of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of the Court is directed to transfer immediately Mr. Neal's entire case file to the

United States District Court for the Western District of Arkansas.

It is so ordered this 30th day of September, 2020.

_____
Kristine G. Baker
United States District Judge