IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSE JAMES NEAL                                                                                       PLAINTIFF

v.                                         Civil No. 6:20-cv-06133

LT. LINGO                                                                                              DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed February 10, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to keep the Court apprised of his current address as required by Local Rules of Court, Rule 5.5(c)(2), and failure to prosecute this matter.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 12th day of April 2021.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE